474 A.2d 689

Commonwealth v. Gonzalez, Appellant.

Argued March 8, 1984. Louis S. Konowal, for appellant; Stuart L. Haimowitz, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Appeal dismissed without prejudice to the right of appellant to seek relief in accordance with the provisions of the Post-Conviction Hearing Act.